\#61038

**LISA M. BARBACCI**
TRUSTEE IN BANKRUPTCY

PO BOX 1299
MEDINA, OH 44258-1299

(330) 722-4488
EMAIL: BARBACCITRUSTEE@GMAIL.COM

FILED
2011 APR 20 PM 2:30
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

APRIL 19, 2011

Re: In re OSER, GREGORY R.
OSER, ALYSON RUTH
10-62684

Dear Clerk of Court:

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. This check reflects the combined amounts due for payments under $5.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | 4,939.88 | 4,939.88 | Total Payment - This Distribution: 1.58 Capital One Bank (USA), N.A. |
| 2 | 592.60 | 592.60 | Total Payment - This Distribution: 0.19 Chase Bank USA, N.A. |
| 5 | 367.09 | 367.09 | Total Payment - This Distribution: 0.12 Nelnet |
| 6 | 716.44 | 716.44 | Total Payment - This Distribution: 0.23 Akron General Medical Center |
| 7 | 11,303.13 | 11,303.13 | Total Payment - This Distribution: 3.61 Capital Recovery IV LLC |
| 8 | 1,194.79 | 1,194.79 | Total Payment - This Distribution: 0.38 Summa Health System |
| 11 | 185.39 | 185.39 | Total Payment - This Distribution: 0.06 Ashley Funding Services LLC |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more than 90 days will be canceled and the proceeds tendered to the bankruptcy court.

TOTAL $6.17
CK# 1007

Sincerely,

/s/ Lisa M. Barbacci
Lisa M. Barbacci, Trustee

Clerk of Court
U.S. Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Ave. SW
Canton, OH 44702-1745

4/19/2011 10:47:18 AM